■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FREEMAN, Appellant.—Judgment unanimously modified, on the law, and, as modified, affirmed in accordance with the same memorandum as in *People v Thomas* (66 AD2d 1001). (Appeal from judgment of Monroe County Court— assault, second degree, and other charges). Present—Marsh, P. J., Moule, Dillon, Schnepp and Witmer, JJ.